UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PRICES COLLISION CENTERS, L.L.C., ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| THE SHERWIN-WILLIAMS COMPANY ) | |
| d/b/a SHERWIN-WILLIAMS ) | No. 3:12-1207 |
| AUTOMOTIVE FINISHES CORP., ) | Judge Campbell/Bryant |
| ) | Jury Demand |
| Defendant/ ) | |
| Counter-Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| BOBBY PRICE, ) | |
| ) | |
| Cross-Defendant ) | |

**TO: THE HONORABLE TODD J. CAMPBELL**

**REPORT AND RECOMMENDATION**

The parties have filed their joint motion for continuation of trial date and amendment of initial case management order (Docket Entry No. 35).

The undersigned Magistrate Judge has reviewed this motion and, for the reasons stated in the motion, recommends that it be GRANTED.

The revised deadlines governing the progress of this case, if this recommendation is accepted, would be as follows:

1. All fact depositions shall be completed by **October 1, 2014.**

2. Plaintiff and Cross-Defendant shall disclose all expert witnesses and serve expert witness reports no later than

**October 1, 2014**. Defendants shall disclose all expert witnesses and serve expert witness reports by **November 3, 2014**. Any rebuttal expert shall be disclosed and rebuttal expert reports served no later than **December 1, 2014**.

    3.    All discovery, including depositions of expert witnesses, shall be completed by **January 9, 2015**.

    4.    The parties shall file a joint mediation report by **November 17, 2014**.

    5.    Any dispositive motion shall be filed no later than **February 20, 2015**. A response shall be due within **20 days** of the filing of the motion and, in any event, no later than **March 12, 2015**. A reply, limited to **five pages**, shall be filed within **10 days** of the filing of the response and, in any event, no later than **March 23, 2015**.

    6.    The parties estimate that the trial of this case will require approximately two weeks. The target trial date for this case is **June 30, 2015**.

## RECOMMENDATION

For the reasons stated in their motion, the undersigned recommends that the Court grant the motion to continue the current trial date and revise pretrial deadlines as stated above.

Under Rule 72(b) of the Federal Rules of Civil Procedure, any party has **14 days** from receipt of this Report and

Recommendation in which to file any written objections to this Recommendation with the District Court. Any party opposing said objections shall have **14 days** from receipt of any objections filed in this Report in which to file any responses to said objections. Failure to file specific objections within **14 days** of receipt of this Report and Recommendation can constitute a waiver of further appeal of this Recommendation. *Thomas v. Arn*, 474 U.S. 140 106 S. Ct. 466, 88 L.Ed.2d 435 (1985), *Reh'g denied*, 474 U.S. 1111 (1986).

**ENTER** this 27th day of May, 2014.

/s/  John S. Bryant  
JOHN S. BRYANT  
United States Magistrate Judge